JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF MICHAEL DEATS as owner of the sailing vessel *MISS BEHAVIN* FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CV 19-03873 PA (JPRx)<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's motion for exoneration is GRANTED, and Petitioner and the vessel MISS BEHAVIN are forever exonerated and discharged from any and all claims, losses, liabilities and/or injuries arising from the incident on September 21, 2015. The Clerk is directed to enter judgment in Petitioner's favor accordingly.

IT IS SO ORDERED.

DATED: October 17, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE